UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID NUYEN, | : | |
| | : | |
| Petitioner-Appellant | : | |
| | : | Case No. 1:14-cv-01128 |
| v. | : | Hon. Rosemary M. Collyer |
| | : | |
| HONG THAI LY, | : | |
| | : | |
| Respondent-Appellee. | : | |

## MOTION TO DISMISS FOR LACK OF SERVICE OF PROCESS

David Nuyen has failed to properly serve Hong Ly Thai pursuant to Federal Rule of Civil Procedure 4. Without proper service, and with no request by Mr. Nuyen for a waiver of service, this Court lacks personal jurisdiction over Ms. Thai, a resident of Caracas, Venezuela. Pursuant to Federal Rule of Civil Procedure 12(b)(5), and for the reasons more fully explained in the attached Memorandum of Points and Authorities, Ms. Thai requests that Mr. Nuyen's Petition to Vacate Arbitration Award be dismissed.

July 11, 2014

                                            Respectfully submitted,


                                            ___/s/_____
                                            Justin Dillon
                                            DC Bar No. 502322
                                            The Kaiser Law Firm PLLC
                                            1400 Eye Street, NW, Suite 525
                                            Washington, DC 20005
                                            Phone: (202) 640-2850
                                            Fax:    (202) 280-1034
                                            Email: jdillon@tklf.com

                                            *Counsel for Hong Ly Thai*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID NUYEN, | : | |
| | : | |
| Petitioner-Appellant | : | |
| | : | Case No. 1:14-cv-01128 |
| v. | : | Hon. Rosemary M. Collyer |
| | : | |
| HONG THAI LY, | : | |
| | : | |
| Respondent-Appellee. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HONG LY THAI'S MOTION TO DISMISS FOR LACK OF SERVICE OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)**

Mr. Nuyen served his Petition to Vacate Arbitration Award on Ms. Thai by mailing an incomplete copy of the filing to undersigned counsel. That effort is insufficient under the Federal Arbitration Act and the Federal Rules of Civil Procedure to effect service on Ms. Thai, who not only lives outside the District of Columbia, but who also cannot be found in any judicial district of the United States. Because service is improper, this court lacks jurisdiction over Ms. Thai at this time. The Petition to Vacate therefore must be dismissed.

Mr. Nuyen filed his Petition to Vacate Arbitration with this Court on July 2, 2014. Attached to his Petition was a certificate of service that claims a copy of the Petition was mailed to undersigned counsel on June 24, 2014. Dkt. 1 at 2. On July 9, Mr. Nuyen filed a notice of service with a corrected address for undersigned counsel. Dkt 2. Neither of these filings indicates that Ms. Thai was personally served, nor has Mr. Nuyen requested waiver of such service.

Mr. Nuyen has therefore not properly served Ms. Thai as required by Rule 12 of the Federal Arbitration Act Rule. Serving a petition to vacate to a party through her attorney—the

type of service Mr. Nuyen used here—is proper under the FAA only for an adverse party who is within the district where the petition is filed. 9 U.S.C. §12 ("If the adverse party is a resident of the district within which the award was made, such service shall be made upon the adverse party or his attorney as prescribed by law for service of notice of motion in an action in the same court."). As Mr. Nuyen acknowledged in his Petition, Ms. Thai resides in Caracas, Venezuela. Dkt. 1 at 1. This means that Ms. Thai is a nonresident, and service of Ms. Thai through undersigned counsel is thus improper. Instead, the petition must be "served by the marshal of any district within which the adverse party may be found in like manner as other process of the court." 9 U.S.C. § 12. Mr. Nuyen has failed to effect such service here.

Ms. Thai's residence outside of the United States complicates service because she cannot be found in any judicial district of the United States. Fortunately, this Court has considered this exact issue in *Technologists, Inc. v. MIR's Ltd.*, 725 F. Supp. 2d 120 (D.D.C. 2010). There, the Court held that when the adverse party cannot be served as required under § 12's requirements for nonresidents, service shall be made pursuant to Federal Civil Procedure Rule 4. *Technologists*, 725 F. Supp. 2d at 127. Therefore, to properly serve Ms. Thai, Mr. Nuyen must obtain a summons directed to Ms. Thai, who must be served with a copy of the complaint by a person who is at least 18 years old and not a party to this case. Fed. R. Civ. P. 4(a), (c). Mr. Nuyen may also request a waiver of service upon Ms. Thai since she lives in Venezuela. Fed. R. Civ. P. 4(d)(1). To date, Mr. Nuyen has not made such a request.

Mr. Nuyen's only attempt to serve Ms. Thai—by sending an incomplete copy of his petition to undersigned counsel—does not comply with the FAA rules for service or with Federal Rules of Civil Procedure 4. Absent proper service, this court does not have jurisdiction to rule on Mr. Nuyen's petition.

Accordingly, because Mr. Nuyen has failed to meet any of the requirements for service of process on Ms. Thai, his Petition must be dismissed pursuant to Fed. R. Civ. P. 12(b)(5)

July 11, 2014

Respectfully submitted,

   /s/                              
Justin Dillon
DC Bar No. 502322
The Kaiser Law Firm PLLC
1400 Eye Street, NW, Suite 525
Washington, DC 20005
Phone: (202) 640-2850
Fax:    (202) 280-1034
Email: jdillon@tklf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2014, the foregoing motion and memorandum of points and authorities were filed with the Court's CM/ECF system, thereby sending notice to all counsel of record for this case.

   /s/                              
Justin Dillon
DC Bar No. 502322
The Kaiser Law Firm PLLC
1400 Eye Street, NW, Suite 525
Washington, DC 20005
Phone: (202) 640-2850
Fax:    (202) 280-1034
Email: jdillon@tklf.com
