IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID NUYEN, | : | |
| | : | |
| Petitioner-Appellant, | : | |
| | : | Case No. 1:14-cv-01128 |
| v. | : | Hon. Rosemary M. Collyer |
| | : | |
| HONG THAI LY, | : | |
| | : | |
| Respondent-Appellee. | : | |

### Hong Thai Ly's Motion to Confirm Arbitration Award

Hong Ly Thai ("Ms. Thai"), initially the respondent in the above-captioned action, moves to confirm the arbitration award at issue in this dispute pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, and further states as follows:

1. On July 2, 2014, David Nuyen initiated this District Court action by filing a Petition to Vacate Arbitration Award pursuant to 9 U.S.C. § 10. Mr. Nuyen's Petition to Vacate is docketed at Dkt. No. 1.

2. Pursuant to 9 U.S.C. § 6, Mr. Nuyen's Petition to Vacate and Ms. Thai's instant Motion to Confirm are both to be treated procedurally as motions by the District Court.

3. Ms. Thai incorporates her Combined Brief in Opposition to David Nuyen's Petition to Vacate Arbitration Award and in Support of Ms. Thai's Motion to Confirm Arbitration Award (hereinafter the "Opposition") and all attached exhibits.

4. The parties' agreement to arbitrate as filed by Mr. Nuyen with the AAA is attached to as Exhibit 1 to Mr. Nuyen's Petition at 10, 13, and 16.

5. The Filing Statement noticing arbitration is attached to Ms. Thai's Opposition as Exhibit 1.

6. The final Decision and Award of Arbitrator that Mr. Nuyen seeks to vacate and that Ms. Thai moves to confirm is attached to Mr. Nuyen's Petition at 3-7.

7. For the reasons set forth more fully in Ms. Thai's Opposition, there is no basis for vacating the Award under 9 U.S.C. § 10. Accordingly, as also set forth in the Opposition, this Court is bound by 9 U.S.C. § 9's mandatory language to enter an Order confirming the Award.

8. Ms. Thai also asks this Court to grant her leave to file a motion for recovery of attorney's fees and costs that she incurred in these District Court proceedings pursuant to D.C. Code § 16-4425.

WHEREFORE, Ms. Thai respectfully requests entry of an Order denying Mr. Nuyen's Petition to Vacate, granting Ms. Thai's Motion to Confirm, and granting Ms. Thai leave to seek her attorneys' fees and costs.

July 11, 2014                                        Respectfully submitted,

                                                     /s/
                                                     Justin Dillon
                                                     DC Bar No. 502322
                                                     The Kaiser Law Firm PLLC
                                                     1400 Eye Street, NW, Suite 525
                                                     Washington, DC 20005
                                                     Phone: (202) 640-2850
                                                     Fax:   (202) 280-1034
                                                     Email: jdillon@tklf.com

                                                     *Counsel for Hong Ly Thai*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2014, the foregoing motion was filed with the Court's CM/ECF system, thereby sending notice to all counsel of record for this case.

                                                                  /s/  
                                                              Justin Dillon  
                                                              DC Bar No. 502322  
                                                              The Kaiser Law Firm PLLC  
                                                              1400 Eye Street, NW, Suite 525  
                                                              Washington, DC 20005  
                                                              Phone: (202) 640-2850  
                                                              Fax:    (202) 280-1034  
                                                              Email: jdillon@tklf.com